**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                        Case No. 12-cr-58-PB

**Nicholas Spears**


**O R D E R**

The defendant has moved to continue the September 5, 2012 trial in the above case, citing the need for additional time to complete additional discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2012 to October 2, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 27, 2012 final pretrial conference is continued to September 17, 2012 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 20, 2012

cc: Behzad Mirhashem, Esq.
    Terry Ollila, AUSA
    United States Marshal
    United States Probation